# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TCF INVENTORY FINANCE, INC. | ) |
| | ) |
|       Plaintiff, | ) |
| | )    No. 1:19-cv-321 |
| v. | ) |
| | ) |
| PARADISE POWER SPORTS, LLC, | ) |
| BRYAN CHRISTIANSON SIROIS, | ) |
| HAYLEY KRISTIAN SIROIS, | ) |
| and | ) |
| NEAL JOSEPH WELCH, | ) |
| | ) |
|       Defendants. | ) |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff TCF Inventory Finance, Inc. ("TCFIF") moves this Court for entry of a consent judgment in this case. In support thereof, TCFIF states as follows:

1. TCFIF reached an agreement with Paradise Power Sports, LLC, Bryan Christianson Sirois, Hayley Kristian Sirois, and Neal Joseph Welch for entry of a consent judgment.

2. A copy of the Consent Judgment agreed to by the parties is attached hereto as **Exhibit A**.

3. Defendants Paradise Power Sports, LLC, Bryan Christianson Sirois, Hayley Kristian Sirois, and Neal Joseph Welch have indicated their consent to the relief requested herein.

WHEREFORE, Plaintiff TCF Inventory Finance, Inc. respectfully requests that this Court enter the Consent Judgment in the form attached hereto as **Exhibit A** and grant such other relief as is just and appropriate under the circumstances.

Dated: June 27, 2019                    Respectfully submitted,

**TCF INVENTORY FINANCE, INC.**


By*; /s/ William R. Bay*
    One of its Attorneys

William R. Bay (6181670)
wbay@thompsoncoburn.com
Brian W. Hockett (6281854)
bhockett@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6000
Fax:  (314) 552-7000

Holly H. Campbell (6320395)
hcampbell@thompsoncoburn.com
THOMPSON COBURN LLP
55 East Monroe Street
37th Floor
Chicago, IL 60603
(312) 346-7500
Fax:  (312) 580-2201

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned herby certifies that a true and correct copy of the foregoing has been filed on June 27, 2019, through the Court's electronic filing system, by counsel for Plaintiff, and will be served on the following by the designated methods:

VIA REGULAR MAIL:
Kathleen Martin
Bryson, Megley & Paine
6001 N. Hwy. A1A, Suite 8023
Indian River, FL  32963
888-958-4738, ext. 246
Fax: 602-281-4900

                */s/ William R .Bay*